NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEPHEN BREWSTER, DOC# 136721,⁣　)
　)
　　　　　Appellant,　)
　)
v.　)　　　Case No. 2D18-1435
　)
STATE OF FLORIDA,　)
　)
　　　　　Appellee.　)
_____)

Opinion filed April 10, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Stephen M. Walker,
Judge.

Stephen Brewster, pro se.


PER CURIAM.

　　　　Affirmed.


CASANUEVA, SALARIO, and ATKINSON, JJ., Concur.